**No. P66/23.**—Durst Industries, Inc. *v.* United States, protests 65/4936, etc. (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rotary lawn

sprinklers or metal parts thereof dedicated for use therewith similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.